UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CHESTER RAY WISEMAN,** | ) |
| Plaintiff, | ) No. CV 10-04710 DSF (AJW) |
| vs. | ) |
| | ) J U D G M E N T |
| **J. SEBOK, et al.,** | ) |
| Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

6/15/12

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE