**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **CHESTER RAY WISEMAN,** ) | |
| ) Plaintiff, ) | No. CV 10-04710 DSF (AJW) |
| ) vs. ) | |
| ) | **J U D G M E N T** |
| **J. SEBOK, et al.,** ) | |
| ) Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

6/15/12

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE